IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01766-BNB

ZACHARY D. LANGEL,

    Plaintiff,

v.

OFFICER DAVID GALLEGOS,
OFFICER MICHAEL GASKILL, and
DETECTIVE CRAIG APPEL,

    Defendants.

FILED
UNITED STATES DISTRICT COURT

OCT 19 2007

GREGORY C. LANGHAM
CLERK

ORDER OF DISMISSAL

Plaintiff Zachary D. Langel is a prisoner in the custody of the United States Bureau of Prisons at the Federal Correctional Institution at Englewood, Colorado. Mr. Langel initiated this action by filing *pro se* a Prisoner Complaint alleging that Defendants violated his rights under the United States Constitution when he was pulled over for a traffic offense and arrested on September 27, 2006. On September 7, 2007, Magistrate Judge Boyd N. Boland ordered Mr. Langel to show cause why the complaint should not be dismissed as barred by the rule in *Heck v. Humphrey*, 512 U.S. 477 (1994). Mr. Langel was warned that the complaint and the action would be dismissed without further notice if he failed to show cause within thirty days.

Mr. Langel has failed to show cause as directed within the time allowed and he has failed to respond to Magistrate Judge Boland's September 7 order in any way. Therefore, the complaint and the action will be dismissed. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice as barred by the rule in *Heck v. Humphrey*, 512 U.S. 477 (1994).

DATED at Denver, Colorado, this 18 day of Oct., 2007.

BY THE COURT:

*Zita Weinshienk*

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  07-cv-01766-BNB

Zachary D. Langel
Reg. No. 07763-031
FCI - Englewood
9595 W. Quincy Ave.
Littleton, CO 80123

I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on  10/19/07

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk